IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK TIMMONS,

        Petitioner,               No. CIV S-06-1385 LKK EFB P

    vs.

MARTIN VEAL, Warden, et al.,

        Respondents.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 29, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed August 29, 2007, are adopted in full.

3     2. Respondents' September 6, 2006, motion to dismiss is denied.

4     3. Respondent is directed to file an answer within 60 days, *see* Rule 4, Fed. R.

5 Governing § 2254 Cases, and to include with his answer any and all transcripts or other

6 documents relevant to the determination of the issues presented in the application.  *See* Rules 4,

7 5, Fed. R. Governing § 2254 Cases.

8     4. Petitioner is directed to file his reply, if any, within 30 days of service of the

9 answer.

10 DATED: September 26, 2007.

                /s/ Lawrence K. Karlton
                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT