IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK O. TIMMONS,

    Petitioner,                  No. CIV S-06-1385 LKK EFB P

    vs.

MARTIN VEAL, Warden,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 30, 2007, petitioner filed a request with the court to permit him to conduct discovery in this case. Respondent has filed an opposition.

    Parties in a habeas proceeding are not entitled to discovery as a matter of course. *Bracy v. Gramley*, 520 U.S. 899, 904 (1997); *Bittaker v. Woodford*, 331 F.3d 715, 728 (9th Cir. 2003). Rather, discovery is available only in the discretion of the court and for good cause shown. Rules Governing Section 2254 Cases, Rule 6(a). Good cause is shown when the specific factual allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief . . ." *Bracy*, 520 U.S. at 908-909.

////

1    Petitioner seeks to introduce proof of a 1984 misdemeanor conviction in Lawrence,
2 Kansas (Douglas County), which petitioner claims the Los Angeles District Attorney's office
3 held to deprive him of adequate due process during consideration for parole.  The court construes
4 this as petitioner's request to discover the correspondence between the two District Attorney's
5 Offices in order to show that the Los Angeles County District Attorney's Office delayed the
6 production of this information in an attempt to prejudice petitioner's parole status.  Petitioner has
7 failed to allege sufficient facts to demonstrate that, if the facts are fully developed, he would be
8 entitled to relief.   Therefore, he has failed to present good cause for discovery of the requested
9 documents.

10   Accordingly, it is ORDERED that petitioner's March 30, 2007, motion for discovery is
11 denied.

12 Dated:  December 3, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE