IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK TIMMONS,

            Petitioner,

vs.

MARTIN VEAL, Warden, et al.,

            Respondents.

No. 2:06-cv-01385-MMM

ORDER

Because the Board of Parole Hearings has determined that Mr. Timmons is eligible for release, his petition for habeas corpus is moot; Mr. Timmons no longer suffers or is threatened with an injury "likely to be redressed by a favorable judicial decision." <u>Spencer v. Kemna</u>, 523 U.S. 1, 7 (1998). Respondents' motion to dismiss is GRANTED.

Dated: <u>November 30, 2009</u>

*M. Margaret McKeown*
HON. M. MARGARET McKEOWN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation